PS 8 Revised 07
MD/TN Revised 10/10

☐ Interpreter Required

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. __Emily Carol Bradley__      Docket No. __2:11-cr-00002-13__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __Tim Searcy__, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Emily Carol Bradley__ who was placed under pretrial release supervision by the __Honorable E. Clifton Knowles, U.S. Magistrate Judge__ sitting in the Court at __Nashville, Tennessee__, on __April 20, 2011__, under the following conditions: Please reference pages two and three of this document.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page three of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Tim Searcy | Nashville, TN | December 17, 2012 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

**Next Scheduled Court Event**    Sentencing Hearing    12/20/2012
                                    Event                Date

## PETITIONING THE COURT

■ No Action                          ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant                 ☐ Other

**THE COURT ORDERS:**
☒ No Action                          ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
     (cc: U.S. Probation and U.S. Marshals only)   Date            Time
☐ Other

Considered and ordered this __18th__ day of __Dec.__, __2012__, and ordered filed and made a part of the records in the above case.

The Honorable Aleta A. Trauger
U.S. District Judge

Honorable Aleta A. Trauger
U.S. District Judge
Petition for Action on
Emily Carol Bradley
Case No. 2:11CR00002-13
December 17, 2012

On April 20, 2011, Emily Carol Bradley appeared before the Honorable E. Clifton Knowles, U.S. Magistrate Judge, for a Detention Hearing related to her being charged with Conspiracy to Possess with Intent to Distribute Oxycodone, Hydrocodone, and Aprazalom, in violation of Title 21 United States Code § 846. At that hearing, the parties announced an agreement had been reached to release defendant Bradley on bond with pretrial supervision. The Court adopted the parties' recommendation and released the defendant on bond with the attached special conditions of pretrial services supervision.

On March 27, 2012, a bond violation report was forwarded to the Court advising of several technical violations with recommendation for no further action at that time. The Court adopted the recommendation on March 27, 2012 (Document No. 795).

On May 21, 2012, a second bond violation report was forwarded advising of use of a narcotic drug (Oxycodone) without a valid prescription. Based on the recommendation of the defendant's therapist, Pretrial Services asked the Court to take no further action at that time. The Court adopted the recommendation on May 23, 2012 (Document No. 938).

On June 4, 2012, a third petition was submitted to the Court requesting defendant Bradley be allowed to complete an inpatient treatment program before her sentencing then scheduled for August 6, 2012. This recommendation was based upon discussions with defense counsel who advised his client recognized the need for treatment and her willingness to pursue same. The Court adopted the recommendation on June 6, 2012 (Document No. 948).

**VIOLATIONS**:

**Violation No. 1: Use of Non-prescribed Controlled Substances**.

On Monday, December 3, 2012, defendant Bradley reported to Cumberland Mountain Mental Health Center located in Crossville, Tennessee, to submit to a randomly scheduled drug test. Prior to submitting a specimen for testing, Ms. Bradley was asked if she had used any illicit substances or any medications not prescribed to her since her last contact with U.S. Probation and Pretrial Services. She responded, "None." The defendant then submitted a specimen for testing.

That sample was subsequently analyzed at Alere Laboratories, and was shown to be **POSITIVE for Marijuana metabolite**. Alere reported the positive finding to the U.S. Probation Office on December 15, 2012.

Honorable Aleta A. Trauger
U.S. District Judge
Petition for Action on
Emily Carol Bradley
Case No. 2:11CR00002-13
December 17, 2012

**<u>Violation No. 2: Failure to Report for Randomly Scheduled Drug Test</u>**.

According to attendance records maintained by Cumberland Mountain Mental Health Center, Crossville, Tennessee, defendant Bradley failed to report for a randomly scheduled drug test on the following date:

    December 11, 2012

**<u>Current Status of Case</u>:**

Defendant Bradley is currently scheduled for sentencing on December 20, 2012, at 2:00 PM.

**<u>Respectfully Petitioning the Court as Follows</u>:**
In light of the pending sentencing currently scheduled for December 20, 2012, it is requested no action be taken, but that the Court consider this as a pattern of ongoing noncompliance with conditions of release when structuring any sentence deemed appropriate in this case.

Reviewed and Approved by:

Burton Putman
Supervisory U.S. Probation Officer

3