GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 2:11-00002-13 |
| | ) | Judge Trauger |
| EMILY BRADLEY | ) | |

## MOTION

Comes now the Defendant, through undersigned counsel, and respectfully moves the Court to permit the Defendant to be transported directly from the Grayson County Jail where she is presently incarcerated, to the Synergy Center in Memphis, Tennessee for drug treatment. For grounds, the Defendant would state that at the conclusion of the probation hearing in this case on April 10, 2013, the Defendant was found to be in violation of probation and ordered to serve 90 days in the Grayson County Jail in Leitchfield, Kentucky, followed by a one year program in a drug treatment center. Arrangements have been made for Ms. Bradley to be admitted to the Synergy Center on July 9, 2013. The Defendant respectfully submits that it would be in the best interest of the Defendant if should were able to be transported directly from the Grayson County Jail in Kentucky to the Synergy Center in Memphis, Tennessee. Further, the Defendant respectfully requests that the Defendant's mother be permitted to transport the Defendant to the Synergy Center in Memphis, Tennessee from the Grayson County Jail in Leitchfield, Kentucky. Counsel for the Defendant has been advised by Eugene Colbert, Supervisor at Synergy Center, that there would be a bed available for the Defendant on July 9, 2013. Counsel for the Defendant has been advised by Assistant United States Attorney J. Alex Little that the government does not oppose this motion.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for Emily Bradley
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com