IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| | ) | |
| [13] EMILY CAROL BRADLEY | ) | |

**O R D E R**

It is hereby **ORDERED** that the continuation of the revocation proceeding scheduled for August 15, 2014 is **RESET** for Friday, June 13, 2014 at 2:00 p.m. At that hearing, the court will be considering the additional violations alleged in the Superseding Petition signed by the court on June 3, 2014.

It is so **ORDERED.**

Enter this 4th day of June 2014.

_____
ALETA A. TRAUGER
United States District Judge