IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKVILLE DIVISION

==Motion GRANTED. Hearing reset for 6/23/14 at 4:00 p.m.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:11-00002-13 |
| | ) | ALETA A. TRAUGER |
| | ) | Judge, United States District Court |
| EMILY CAROL BRADLEY | ) | |

### EMILY CAROL BRADLEY'S MOTION TO CONTINUE HER SUPERVISED RELEASE REVOCATION HEARING

**COMES** now, **EMILY CAROL BRADLEY**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and moves this Honorable Court to enter an Order continuing the hearing in this matter, presently scheduled for Friday, June 13, 2014, at 2:00 p.m., to a date shortly after June 20, 2014.

In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. A hearing to revoke Ms. Bradley's supervised release is scheduled to commence tomorrow before your Honor at 2:00 p.m.

2. The parties have reached a tentative settlement in this matter for you Honor's approval.

3. A component of the settlement includes Ms. Bradley's participation in a drug treatment program. Ms. Bradley is scheduled to be admitted to the Crisis Center, Plateau Mental Health Center, Cookville, Tennessee, sometime between today's date, June 12, 2014, and Friday, June, 20, 2014.